## Fourth Department, February, 1983

## (February 28, 1983)

■ The People of the State of New York, Respondent, v George Starks, Appellant. — Judgment unanimously affirmed. Appellant's motion to strike appendix from respondent's brief granted. (Appeal from judgment of Monroe County Court, Bergin, J. — grand larceny, third degree.) Present — Dillon, P. J., Callahan, Denman, Moule and Schnepp, JJ.

■ Kathleen M. Quigley, Respondent, v Michael P. Murphy, Appellant. — Judgment unanimously affirmed, with costs, for reasons stated in opinion at Trial Term, Parenti, J. (Appeal from judgment of Supreme Court, Monroe County, Parenti, J. — divorce.) Present — Dillon, P. J., Callahan, Denman, Moule and Schnepp, JJ.